JS 45 (01/2008) **REDACTED**

# Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:** Under Seal: Yes X No ___ Judge Assigned: WEF

City Warrenton Superseding Indictment ___ Criminal Number: ___

County/Parish ___ Same Defendant ___ New Defendant X

Magistrate Judge Case Number 1:26-MJ-444 Arraignment Date: ___

Search Warrant Case Number ___

R 20/R 40 from District of ___

Related Case Name and No: ___

Defendant Information:

**Juvenile --Yes** ___ **No** X **FBI #** ___

**Defendant Name:** KYLE OWEN BRENNAN Alias Name(s) ___

**Address:** Herndon, VA 20187

**Employment:** ___

**Birth date** 1986 **SS#** 7888 **Sex** M **Def Race** White Nationality ___ Place of Birth ___

**Height** 6'0" **Weight** 200 **Hair** Brown **Eyes** Brown Scars/Tattoos ___

**Interpreter:** ___No ___Yes List language and/or dialect: ___ Automobile Description ___

Location Status:

Arrest Date ___

___Already in Federal Custody as of ___ in ___

___Already in State Custody ___On Pretrial Release X Not in Custody

X Arrest Warrant Requested ___Fugitive ___Summons Requested

___Arrest Warrant Pending ___Detention Sought ___Bond

Defense Counsel Information:

Name: ___ ___Court Appointed Counsel conflicted out: ___

Address: ___ ___Retained

Telephone: ___ ___Public Defender Federal Public Defender's Office conflicted out:

U.S. Attorney Information:

AUSA Lauren Halper Telephone No: 703-299-3700 Bar # ___

Complainant Agency, Address & Phone Number or Person & Title:

Special Agent Stacy Shahrani, FBI

U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252A(a)(1) & (b)(1) | Transportation of Child Pornography | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

**Date:** 11/13/2026 Signature of AUSA: /s/ Lauren Halper