**Date:** 11/13/26 **Case:** 1:26-mj-444 **Time:** 2:13-2:19 p.m.

**Judge: William E. Fitzpatrick**

**Tape/Courtroom: FTR/500** **Court Reporter:**

**Hearing:** R5

**Eastern District of Virginia**
**Alexandria Division**
**United States of America**
**v.**
Kyle Brennan

**Participants**

**USA**: Lauren Halper

**Defense Counsel**: Lauren Rosen-Duty FPD

**Court to appoint counsel**: FPD **Interpreter**: ☐Conflict

**Language**:

☐Defendant did not appear ☐Warrant to be issued upon probable cause statement

☐Government motion to continue hearing – GRANTED

**Advisement**

x-Rule 5 x-Due Process Order read/signed

**Dismissal**

☐Case dismissed with prejudice ☐Case dismissed without prejudice

**Plea**

☐ Consent to trial before a USMJ (orally) Plea entered, Court accepts plea

Plea of Guilty to Count(s): ☐Dismissal of Count(s):

☐ Sentence:

☐ Order setting conditions of release

**Trial**

Matter set for bench trial: ☐Matter set for jury trial:

☐Motions due : ☐Responses due:

Govt adduced evidence and rests Trial held and completed

☐Not Guilty of Count(s): Guilty of Count(s):

☐Dismissal of Count(s): Deft advised of appeal rights

Sentence:

**Future Proceedings**

**Notes:** USA seeks detention-Granted. Matter set for PH/DH on 11/18/26 @ 2pm w/LRV. Deft remanded to USMS custody pending next hearing.