AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

UNITED STATES OF AMERICA
*Plaintiff*
v.
KYLE OWEN BRENNAN
*Defendant*

Case No. 1:26-MJ-444

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kyle Owen Brennan .

Date: 11/16/2026

*Attorney's signature*

James W. Hundley #30723
*Printed name and bar number*

BrigliaHundley, P.C.
1921 Gallows Road, Suite 900
Tysons Corner, Virginia 22182
*Address*

jhundley@brigliahundley.com
*E-mail address*

(703) 883-0880
*Telephone number*

(703) 883-0899
*FAX number*

Print Save As... Reset