IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KYLE OWEN BRENNAN,<br><br>*Defendant.* | Case No. 1:26-MJ-444 |

**ORDER TO SEAL**

This matter having come before the Court on the United States' Motion to Seal pursuant to Local Criminal Rule 49(E) and for good cause shown, it is hereby

ORDERED that the United States' Motion for Pretrial Detention shall be maintained under seal and will remain under seal until further order of the Court.

Date: 11/18/2026
Alexandria, Virginia

Hon. Lindsey R. Vaala
United States Magistrate Judge