**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KYLE OWEN BRENNAN, | ) | Case No. 1:26-mj-444 |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**ORDER**

Upon consideration of the Government's Motion for Review and Revocation of Release Order and to Extend Stay of the Release Order Pending Review (Dkt. 20), and for good cause shown, it is hereby

**ORDERED** that the Motion to Extend the Stay (Dkt. 20) is **GRANTED**; it is further

**ORDERED** that the November 18, 2026, Order Setting Conditions of Release (Dkt. 19) is hereby **STAYED** until November, 20, 2026, at 2:00 p.m.; and it is further

**ORDERED** that a hearing to review the Order Setting Conditions of Release (Dkt. 19) shall be set for November 20, 2026, at 2:00 p.m.

Entered this 19th day of November, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge