IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KYLE OWEN BRENNAN,<br><br>*Defendant*. | Case No. 1:26-MJ-444<br><br>Hearing date: Nov. 20, 2026 (PTG)<br><br>**Filed Under Seal Pursuant to 18 U.S.C. § 3509(d)(2)** |

**MEMORANDUM IN SUPPORT OF THE UNITED STATES' MOTION TO REVOKE THE RELEASE ORDER**

COMES NOW, the United States of America, by and through undersigned counsel, and files this Memorandum in Support of its Motion for Review and Revocation of Release Order (Dkt. 20).

On the morning of November 18, 2026, the government filed a Motion for Pretrial Detention. *See* Dkt. 14. In its Motion, the government argued that the defendant's charge carries a rebuttable presumption in favor of detention, which the defendant could not rebut. *See id.* at 6-8. The government further argued that even if the defendant met his limited burden of production and rebutted the presumption, there are still no conditions other than detention that would reasonably assure the safety of any other person and the community. *Id.* at 9-11.

At the defendant's preliminary and detention hearing on the afternoon of November 18, 2026, FBI Special Agent Stacy Shahrani testified regarding the contents of her Affidavit filed in support of the criminal complaint and arrest warrant charging the defendant with transportation

of child pornography.[1] She also testified regarding additional forensic evidence uncovered during her review of the defendant's iPhone subsequent to the filing of her Affidavit. Further, Special Agent Shahrani testified that forensic examination of the defendant's iPhone is ongoing. At the conclusion of Special Agent Shahrani's testimony, the government reiterated the facts and arguments raised in its Motion for Pretrial Detention and sought the defendant's detention pending trial. Ultimately, the Court found that the defendant had rebutted the presumption in favor of detention and granted his release on certain terms and conditions. *See* Dkt. 19.

Ongoing forensic examination of the defendant's iPhone, including examination since yesterday's detention hearing, has revealed additional evidence regarding offenses against MV1. [redacted]

[1] A copy of the audio recording from the preliminary and detention hearing was provided to this Court and defense counsel via email.

[2] [redacted].

[redacted]

[redacted]

[redacted]

Ongoing forensic examination of the defendant's iPhone has also revealed additional child sexual abuse images and videos, including depictions of children as young as toddlers.

For the reasons stated in the government's Motion for Pretrial Detention (Dkt. 14), its argument at the November 18, 2026, detention hearing, the additional facts provided in this Memorandum, and such other facts and arguments as the government may raise at the hearing on

[3] An FBI 302 summarizing the interview has not yet been finalized. However, undersigned counsel received and reviewed a copy of the recorded interview.

November 20, 2026, the government moves this Court to revoke the release order and enter an order detaining the defendant pending trial.

Respectfully submitted,

Date: November 19, 2026 By: /s/

Lauren Halper
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3980
Email: Lauren.Halper@usdoj.gov