# EXHIBIT 1
# FILED UNDER SEAL
# PURSUANT TO
# 18 U.S.C. § 3509(d)