# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

**UNITED STATES OF AMERICA**

v. **BOND REVOCATION HEARING**

**KYLE OWEN BRENNAN** **Case No. 1:26-mj-00444-LRV-PTG**

---

**HONORABLE PATRICIA TOLLIVER GILES**
Proceeding Held: **11/20/2026**

Time Called: 2:02 p.m.
Time Concluded: 2:33 p.m. (00:31)

Deputy Clerk: Paulina Miller

Court Reporter: S. Wallace

**Appearances:**

UNITED STATES OF AMERICA by: **Lauren Halper**

Kyle Owen Brennan with counsel: **James Hundley**

INTERPRETERS: ☐ Interpreter Sworn

---

[20] MOTION to Revoke Release Order by USA as to Kyle Owen Brennan.

**MATTER ARGUED AND GRANTED – ORDER TO ENTER/FOLLOW.**