**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KYLE OWEN BRENNAN, | ) | Case No. 1:26-mj-444-LRV-PTG-1 |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**ORDER**

This matter is before the Court on the United States' Motion for Review and Revocation of Release Order and to Extend Stay of the Release Order Pending Review ("Motion"). Dkt. 20. On November 19, 2026, the Court granted the United States' stay request and set a hearing on this matter. Dkt. 21. On November 20, 2026, the Court conducted a hearing. Having reviewed the matter *de novo*, the Court considered the record below, the parties' exhibits and filings, the information presented at the hearing, and the factors set forth in 18 U.S.C. § 3142(g).

For the reasons stated from the bench, the Court finds that the United States has proven by clear and convincing evidence that there is no condition or combination of conditions of release that would reasonably assure the safety of the community. Accordingly, it is hereby

**ORDERED** that the November 18, 2026, Order Setting Conditions of Release (Dkt. 19) is **VACATED**; and it is further

**ORDERED** that Defendant Kyle Owen Brennan will be detained pending trial.

Entered this 20th day of November, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge